B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Farmview Builders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4002500** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2111 Chestnut Avenue Unit 210<br>Glenview, IL**<br><br>ZIP Code **60025** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Farmview Builders, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____
    Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Farmview Builders, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Robert B. Ramirez Jr**
   Signature of Attorney for Debtor(s)

   **Robert B. Ramirez Jr 6186208**
   Printed Name of Attorney for Debtor(s)

   **Robert B. Ramirez P.C.**
   Firm Name

   **1141 Waukegan Road**
   **Glenview, IL 60025-3045**

_____
Address

                                **Email: rbrjrpc@sbcglobal.net**
   **847-724-5582  Fax: 847-724-7575**
   Telephone Number

   **October 18, 2010**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Alison Pontarelli**
   Signature of Authorized Individual

   **Alison Pontarelli**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **October 18, 2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Farmview Builders, Inc.**                               ,      Case No. _____

                                       Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 11,550.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 267,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 43,905.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 885,468.05 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 11,550.00 | | |
| Total Liabilities | | | | 1,196,373.73 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Farmview Builders, Inc.** _____,    Case No. _____

    Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to
    report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6A (Official Form 6A) (12/07)

In re    **Farmview Builders, Inc.**
,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Farmview Builders, Inc.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        0.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                          ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Membership Interest in McDaniel Place LLC 1626 Evergreen Court, Glenview , Il. 60025** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Interest in Chestnut Ridge Flex Space, LLC 2111 Chestnut, Glenview, Il. 60025** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Construction escrowe payout owed the debtor liocated at 5215 Old Orchard  Road, Skokie, Il. 60077** | - | 10,050.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         10,050.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Farmview Builders, Inc.** _____,   Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory, Business Equipment, supplies and Furniture** **Location: 2111 Chestnut Avenue Unit 210, Glenview IL 60025** | - | 1,500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,500.00 |
| (Total of this page) | |
| Total > | 11,550.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Farmview Builders, Inc.**                                   Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx9002**<br><br>**Associated Bank, N.A.**<br>**200 N. Adams St.**<br>**P.O. Box 19006**<br>**Green Bay, WI** | - | | | | **June 12, 2007**<br><br>**First Mortgage**<br><br>**Location: 2111 Chestnut Avenue Unit 210, Glenview IL 60025** | | X | | | |
| | | | | | Value $           **295,000.00** | | | | **217,000.00** | **0.00** |
| Account No. **xxxxx-x9360**<br><br>**State National Bank, N.A.**<br>**1301 Waukegan Road**<br>**Glenview, IL 60025** | X - | | | | **03-21-2005**<br><br>**Non-Purchase Money Security**<br><br>**Inventory, Business Equipment, supplies and Furniture**<br>**Location: 2111 Chestnut Avenue Unit 210, Glenview IL 60025** | | X | | | |
| | | | | | Value $             **1,500.00** | | | | **50,000.00** | **48,500.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

Subtotal
(Total of this page)        **267,000.00**        **48,500.00**

Total        **267,000.00**        **48,500.00**
(Report on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Farmview Builders, Inc.**                                              Case No. _____

                                                    ,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____   continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Farmview Builders, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx2500**<br><br>**Department of the Treasury Internal Revenue Service Cincinnati, OH** | - | | **2008 & 2009**<br><br>**941 Tax liability, 1120 S tax Liability and 940 Tax liability** | | X | | **35,353.90** | **0.00** | **35,353.90** |
| Account No. **xxx4001**<br><br>**IDES (Illinois Dept. employ. sec) North Region 260 East Indian Trail Road Aurora, IL 60505** | - | | **3 quarter 29009 & 4th Quarter 2009**<br><br>**unemployment compensation account payable** | | X | | **400.00** | **0.00** | **400.00** |
| Account No. **xx-xxx2500**<br><br>**Illinois Department of Revenue Collection Bureau P.O. Box 19035 Springfield, IL 62794** | - | | **2008 & 2009**<br><br>**1120 ST tax liability for 2008 501 Tax Liability 2009** | | X | | **2,140.00** | **0.00** | **2,140.00** |
| Account No. **xx-xxx2500**<br><br>**Illinois Department of Revenue P.O. Box  19035 Collection Division Springfield, IL** | - | | **2009 IL ST**<br><br>**Taxes Owed** | | X | | **5,087.00** | **0.00** | **5,087.00** |
| Account No. **xx-xxx2500**<br><br>**Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794** | - | | **2008 Illinois Business Income tax**<br><br>**2008 Taxes due on Business** | | X | | **924.78** | **0.00** | **924.78** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00**<br>**43,905.68** | **43,905.68** |
| Total (Report on Summary of Schedules) | **0.00**<br>**43,905.68** | **43,905.68** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Farmview Builders, Inc.**                                                          Case No. _____

,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **xxxxxxx xx xxxx xxx 6512** <br><br> **Action Caulking & Sealants** <br> **625 Executive Drive** <br> **Willowbrook, IL 60527** | - | | | **6-25-07** <br> **Trade debt** | | X | | 3,420.00 |
| Account No.  **Klosa** <br><br> **Action Fence** <br> **945 Tower Road** <br> **Mundelein, IL 60060** | - | | | **02/05/10** <br> **Trade debt** | | X | | 1,190.00 |
| Account No.  **Farmview Builders** <br><br> **Active  Disposal Co.** <br> **2300 Carlson Drive** <br> **Northbrook, IL 60062** | - | | | **2-27-2009 to 6-08-2009** <br> **Trade debt** | | X | | 2,350.00 |
| Account No.  **xxxxx3771** <br><br> **Aetna** <br> **P.O. Box 2321** <br> **1425 Union Meeting Road** <br> **Blue Bell, PA 19422** | - | | | **2009 TO 2010** <br> **INSURANCE PREMIUM PAYABLE** | | X | | 9,413.70 |
| __16__   continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 16,373.70 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:33972-101015    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.** _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx. xx-xxxx & xx-2858**<br><br>**Air Flow Heating and Air Condition**<br>**9052 Terminal Ave.**<br>**Skokie, IL 60077** | - | | **4-6-2009 to 12-23-2009**<br>**Trade debt** | | X | | 4,600.00 |
| Account No. **xxx xxxxxx xx0058**<br><br>**Alliance Fire Protection, Inc.**<br>**998 Forest Edge Drive**<br>**Vernon Hills, IL 60061** | - | | **November 30, 2008**<br>**Trade debt** | | X | | 9,500.00 |
| Account No. **xxxxxxx #xx5068**<br><br>**Alpha Prime Communications, Inc.**<br>**1808 Janke Drive Suite E**<br>**Northbrook, IL 60062** | - | | **12-11-2009**<br>**Trade debt** | | X | | 39.17 |
| Account No. **Farmview Builders**<br><br>**Arsen Stanojevic**<br>**600 S. Albert Ave.**<br>**Mount Prospect, IL 60056** | - | | **2009-2010**<br>**Trade debt** | | X | | 400.00 |
| Account No. **Farmview Builders**<br><br>**Ashland Millwork**<br>**5 Messner Drive**<br>**Wheeling, IL 60090** | - | | **2-4=-09 to 12-5-09**<br>**Trade debt** | | X | | 17,376.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 31,915.17 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                                          ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0430**<br><br>**Associated Bank**<br>**1301 Waukegan Road**<br>**Glenview, IL 60025** | - | | **2009-2010**<br>**Bank Service Charges** | | X | | 237.22 |
| Account No. **Pappas Construction Co.**<br><br>**Berglund & Mastny, P.C.**<br>**1010 Jorie Boulevard, Suite 370**<br>**Oak Brook, IL 60523** | - | | **2007 to present**<br>**Attorney's fees on Settlement agreement** | | X | | 95,000.00 |
| Account No. **xxxxxxx xx. x5243**<br><br>**Bertog Lanscape, Inc.**<br>**625 Wheeling Road**<br>**Wheeling** | - | | **2009-2010**<br>**Landscaping Services** | | X | | 18,462.58 |
| Account No. **xx4582**<br><br>**Bess Hardware & Sports, Inc.**<br>**1875 Willow Road**<br>**Winnetka, IL 60093** | - | | **2008 to 2010**<br>**Trade debt** | | X | | 5,651.00 |
| Account No. **xxxxxx xxxxx x1871**<br><br>**Bloodgood Sharp Buster Architects and Planners, Inc.**<br>**1601 West Lakes Parkway Suite 200**<br>**West Des Moines, IA 50266** | - | | **February 10, 2006**<br>**Land Planning Services** | | X | | 600.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    119,950.80

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                                              ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Farmview Builders** **Bradley Engineering** **11411 Armory Road** **Hebron, IL 60034** | | - | | | **2009 to 2010** **Trade debt** | | X | | 475.00 |
| Account No. **xxxxxxxx1001** **Brennan & Clark LTD.** **721 E. Madison Suite 200** **Villa Park, IL 60181** | | - | | | **2009 to present** **Insurance Premiums Due** | | X | | 9,413.70 |
| Account No. **xxxxxx xx. xxxx6 001** **Burton Partners, LLC** **931 N. Plum Grove Road** **Schaumburg, IL 60173** | | - | | | **2006 to 2010** **Accounting Services** | | X | | 11,210.57 |
| Account No. **Farmview Builders** **C Thomas Company, Inc.** **2111 Chestnut Ave. Unit 175** **Glenview, IL 60025** | | - | | | **2008 - 2010** **Trade debt** | | X | | 14,377.29 |
| Account No. **xxxxx7185** **Capital Management, Inc.** **726 Exchange  Suite 700** **Buffalo, NY 14210** | | - | | | **2005 to present** **The Home Depot Citibank corporate credit card collection** | | X | | 5,260.26 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    40,736.82

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Farmview Builders, Inc.**                                                              , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 5684** | | | **2008 to 2010** **Credit card purchases** | | | | |
| **Capitol One** **P.O. Box 85167** **Richmond, VA 23285-5167** | - | | | | X | | |
| | | | | | | | 1,809.01 |
| Account No. **Farmview Builders** | | | **2009-2010** **Trade debt** | | | | |
| **Cardinal Cartridge, Inc.** **Slot 302118** **P.O. Box 66973** **Chicago, IL 60666-0973** | - | | | | X | | |
| | | | | | | | 64.40 |
| Account No. **Farmview Builders** | | | **2008-2010** **Trade debt** | | | | |
| **Caterpillar Carpentry** **35W459 Ridge Road** **Dundee, IL 60118** | - | | | | X | | |
| | | | | | | | 46,562.87 |
| Account No. **Warranty Farmview Builders** | | | **2008** **Warranty Contracdt Claim** | | | | |
| **Chestnut Ridge Flex Space Condo Ass** **2111 Chestnut Ave.** **Suite 270 10 Mail Slot Attn: Jeff S** **Glenview, IL 60025** | - | | | X | | | |
| | | | | | | | 1,000.00 |
| Account No. **Warranty Farmview Builders** | | | **2008** **Warranty Contract Claim** | | | | |
| **Chestnut Ridge Flex Space LLC** **2111 Chestnut Ave. Suite 145** **Glenview, IL 60025** | - | | | X | | | |
| | | | | | | | 1,000.00 |

Sheet no. __4___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,436.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                            ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Farmview Builders**<br><br>**City of Evanston**<br>**2100 Ridge Avenue**<br>**Evanston, IL 60201** | - | | | **2009-2010**<br>**Building Permit Fees** | | X | | 6,133.00 |
| Account No. **Frarmview Builders Warranty**<br><br>**Commonwealth Mechanical**<br>**2111 Chestnut Ave. Suite 150 & 240**<br>**Attn: George Quinn, Jr.**<br>**Glenview, IL 60025** | - | | | **2008**<br>**Warranty Contract claim** | X | | | 1,000.00 |
| Account No. **xxxxxce No, xxxxx & x9257**<br><br>**Core-vette Concrete Coring & Sawing**<br>**510 W. Higgins Rd.**<br>**Park Ridge, IL 60068** | - | | | **2009 to 2010**<br>**Trade debt** | | | | 3,840.00 |
| Account No. **Farmview Builders**<br><br>**Crawford Supply Co.**<br>**8150 N. Lehigh**<br>**Morton Grove, IL 60053** | - | | | **2008-2010**<br>**Trade debt** | | X | | 4,802.99 |
| Account No. **x3292**<br><br>**Culligan**<br>**P.O. Box 5277**<br>**Carol Stream, IL 60197-5277** | - | | | **2009 and 2010**<br>**Trade debt** | | X | | 299.85 |

| Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 16,075.84 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Farmview Builders, Inc.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **FBMCP-GSF** | | | | | 2009- 2010 Trade debt | | | | |
| **Custom Roofing Contracting, Ltd. 180 Detroit Suite A Cary, IL 60013** | - | | | | | | X | | |
| | | | | | | | | | 7,185.00 |
| Account No. **Warranty Farmview Builders** | | | | | 2009 Warranty Contract claim | | | | |
| **DVLVN3- State Farm Insurance 2111 Chestnut Ave. Suite 115 & 120 Attn: Del Vasey Glenview, IL 60025** | - | | | | | X | | | |
| | | | | | | | | | 1,000.00 |
| Account No. **xx5541** | | | | | 2006 to present Konica Minolta Collection on lease contract payable | | | | |
| **Dynamic Recovery Systems 4101 McEwen Road #150 Dallas, TX 75244** | - | | | | | | X | | |
| | | | | | | | | | 1,577.42 |
| Account No. **xxxx xx  xx0030** | | | | | March 23, 2010 Judgment on contract payable | | | | |
| **Emalfarb, Swan & Bain 440 Central Avenue Highland Park, IL 60035** | - | | | | | | X | | |
| | | | | | | | | | 22,203.54 |
| Account No. **Farmview Builders** | | | | | 2009-2010 Painting Contract Payable | | | | |
| **Enrique Martinez Painting 808 Oak St. West Chicago, IL 60185** | - | | | | | | X | | |
| | | | | | | | | | 3,758.00 |

Sheet no. **6** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **35,723.96**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Farmview Builders, Inc.**                              , Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx1441**  F.E. Wheaton & Co.,LLC P.O. Box 459 Yorkville, IL 60560-0459 | - | | | 2007 to present Trade debt | | X | | 14,198.38 |
| Account No. **Farmview Buiklers Warranty**  Farmview Properties, Inc. 2111 Chestnut  Suite 210 Glenview, IL 60025 | - | | | 2008 Warranty Contract claim | X | | | 1,000.00 |
| Account No. **xxxx-x245-5**  Fed Ex P.O. Box 94515 Palatine, IL 60094-4515 | - | | | 2009-2010 Trade debt | | X | | 90.98 |
| Account No. **Farmview Builders**  Finkel, Martwick & Colson, PC 203 N. LaSalle St. 15th Floor Chicago, IL 60601-1293 | | | | 2009 to present Real estate tax appeal fee for 2033 W. Addison, Chicago, Il. PIN No. 14-19-306-010 | | | | 0.00 |
| Account No. **Farmviw Builders**  Ford Motor Credit P.O. Box 1732 Maildrop 7420 Dearborn, MI 48121 | - | | | 2007 to 2010 Car loan Payable | | X | | 7,799.00 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 23,088.36 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxxx0134**<br><br>**Ford Motor Credit Company LLC**<br>**P.O. Box 1732**<br>**Mail drop 7420**<br>**Dearborn, MI 48121** | - | | | **2006 to present**<br>**Trade debt- Auto loan** | | X | | 2,792.21 |
| Account No. **xxxx0532**<br><br>**Freedman Anselmo Lindberg LLC**<br>**1870 West Diehl Road Suite 333**<br>**Naperville, IL 60566** | - | | | **2006 to present**<br>**Collection account for Ford Motorr Company LLC** | | X | | 7,724.44 |
| Account No. **Farmview Builders**<br><br>**G.T. Masonry**<br>**365 Colonial Drive**<br>**Vernon Hills, IL 60061** | - | | | **1-18-2007 to present**<br>**Trade debt** | | X | | 2,840.00 |
| Account No. **xxxxxxx & xxxx1003**<br><br>**Gayton Construction**<br>**4137 S. Clinton Ave.**<br>**Stickney, IL 60402** | - | | | **2009-2010**<br>**Trade debt** | | X | | 5,140.00 |
| Account No. **Farmview Builders**<br><br>**Gewalt Hamilton**<br>**850 Forestview Drive**<br>**Vernon Hills, IL 60061** | - | | | **2009-2010**<br>**Trade debt** | | X | | 3,351.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,847.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Farmview Builders, Inc.**                                             ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx xxxxx x8654** | | | **5-15-09 to present** **Trade debt** | | | | |
| **Henrichsen Fire Equipment Company** **P.O. Box 725** **Wheeling, IL 60090** | - | | | | X | | |
| | | | | | | | 45.00 |
| Account No. **Farmview Builders** | | | **2007 to present** **Trade debt** | | | | |
| **Hilltop Cabinet Distribution** **1855 Wallace Ave.** **Saint Charles, IL 60174** | - | | | | X | | |
| | | | | | | | 1,496.01 |
| Account No. **xxxx xxxx xxxx 3819** | | | **2007 to present** **Credit card purchases** | | | | |
| **Home Depot - Citibank South Dakota** **P.O. Box 653002** **Dallas, TX 75265-3002** | | | | | | | |
| | | | | | | | 5,160.26 |
| Account No. **Warranty Farmview Builders** | | | **2009** **Contract Warranty Claim** | | | | |
| **Jeffrey Close** **930 Glen Ayre** **Glenview, IL 60025** | - | | | X | | | |
| | | | | | | | 1,000.00 |
| Account No. **Farmview Builders** | | | **2007 to present** **Trade debt** | | | | |
| **Jeffrey J. Heaney** **1966 Dewes St.** **Glenview, IL 60025** | - | | | | X | | |
| | | | | | | | 350.00 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 8,051.27 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx3520** <br><br> **Konica Minolta** <br> **Attn: Customer Service** <br> **P.O. Box 550599** <br> **Jacksonville, FL 32255-0599** | - | | | **2006 to present** <br> **Copier Lease contarct payable** | | X | | 1,577.42 |
| Account No. **x0484** <br><br> **MacDowell & Associates** <br> **3636 Birch St. Suite 290** <br> **Newport Beach, CA 92660** | - | | | **2007 to present** <br> **Collection for Ford Motor Credit** | | | | 2,792.21 |
| Account No. **xxxxxxx-x-1592** <br><br> **Mages and Price** <br> **707 Lake Cook Road** <br> **Deerfield, IL 60015** | - | | | **12-03-2009** <br> **Trade debt** | | X | | 1,500.00 |
| Account No. **xxxx-xxxxxxx0-016** <br><br> **Mark A. Van Donselaar** <br> **Churchill, Quinn, Richtman & Hamil** <br> **P.O. Box 284** <br> **Grayslake, IL 60030** | - | | | **2009 to present** <br> **Judgment in Case no. 10 AR335- Probuild v. Pontarelli Builders, Inc.** | | X | | 130,181.85 |
| Account No. **Farmview Builders** <br><br> **MBP Remodeling, Inc** <br> **14 Walden Trail** <br> **Streamwood, IL 60107** | - | | | **2008-2010** <br> **Carpentry contracts payable** | | X | | 20,260.00 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,311.48

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                          , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Warranty Farmview Builders** <br><br> **McDaniel Place LLC** <br> **1326 Evergreen Court** <br> **Glenview, IL 60025** | - | | **2009** <br> **Warranty Contract Claim** | X | | | 1,000.00 |
| Account No. **Warranty Farmview Builders** <br><br> **Michael Spalding** <br> **1025 Forestview** <br> **Glenview, IL 60025** | - | | **2009** <br> **Warranty Contract Claim** | X | | | 1,000.00 |
| Account No. **Farmview Builders** <br><br> **Modern Hardwood Flooring** <br> **114 Fernwood Drive** <br> **Glenview, IL 60025** | | | **1-17-2007 to present** <br> **Trade debt** | | X | | 3,800.00 |
| Account No. **xxx xxxx# xx4467** <br><br> **MRS Associates, Inc.** <br> **1930 Olney Ave.** <br> **Cherry Hill, NJ 08003** | - | | **2008 to 2010** <br> **Capitol One Credit card collection account** | | X | | 1,797.01 |
| Account No. **Farmview Builders** <br><br> **New Glenview Currency Exchange** <br> **1633 Waukegan Road** <br> **Glenview, IL 60025** | - | | **12-14-2009** <br> **Returned check fee and payment of check** | | X | | 1,580.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,177.01

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Farmview Builders, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Warranty Farmview Builders**<br><br>**Newman Irrigation and Plumbing**<br>**2111 Chestnut Suite 180**<br>**Attn: Greg Newman**<br>**Glenview, IL 60025** | - | | **2009**<br>**Warranty Contract Claim** | X | | | 1,000.00 |
| Account No. **xxR001**<br><br>**Norman Mechanical, Inc.**<br>**3850 Industrial Ave.**<br>**Rolling Meadows, IL 60008** | - | | **2006 to present**<br>**Trade debt** | | X | | 43,982.57 |
| Account No. **Farmview Builders, Inc.**<br><br>**North Shore Electric, Inc.**<br>**2121 Ashland Ave.**<br>**Evanston, IL 60201-3014** | - | | **2006 to present**<br>**Trade debt** | | X | | 60,241.98 |
| Account No. **xxxxxxx xxxx & 2386**<br><br>**Northern Flooring, Inc.**<br>**261-267 E. Helen Road**<br>**Palatine, IL 60067** | - | | **2007 to 2010**<br>**Trade debt** | | X | | 5,475.00 |
| Account No. **Farm**<br><br>**Northwest Millwork Co.**<br>**455 E. Jarvis Avenue**<br>**Des Plaines, IL 60016** | - | | **2009-2010**<br>**Trade debt** | | X | | 8,190.94 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118,890.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                                              ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **Farmview Builders**<br><br>Pappas Company, Inc.<br>8605 N. Lincoln Ave.<br>Morton Grove, IL 60053 | - | | | | 2007 to present<br>Trade debt | | X | | 164,200.00 |
| Account No. **xxx7101**<br><br>Pitney Bowes Purchase Power<br>6716 Grade Lane Build 9 Suite 910<br>Louisville, KY 40213 | - | | | | 2010<br>Trade debt | | X | | 867.99 |
| Account No. **Farmview Builders**<br><br>Premium Paving Inc.<br>P.O. Box 8549<br>Waukegan, IL 60079 | - | | | | 10-29-2007<br>Trade debt | | X | | 28,000.00 |
| Account No. **xxR001**<br><br>Pro tect Associates<br>1742 Harding Road<br>P.O. Box 8382<br>Northfield, IL 60093 | - | | | | 10-21-09<br>Trade debt | | X | | 679.07 |
| Account No. **xxxx-xxxxxxx0-016**<br><br>Probuild North, LLC<br>204 W. Wheaton Ave.<br>Yorkville, IL 60560 | - | | | | 2009 to present<br>Trade debt | | X | | 13,081.85 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

206,828.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Farmview Builders, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxw001**<br><br>**Raynor Door**<br>**1653 Winnetka Road**<br>**Northfield, IL 60093** | - | | | **2009-2010**<br>**Trade debt** | | X | | 9,450.17 |
| Account No. **xxxxxxx44-WM**<br><br>**RMS**<br>**4836 Brecksville Road**<br>**P.O. Box 509**<br>**Richfield, OH 44286** | - | | | **2008 to 2010**<br>**Waste management collection account** | | X | | 491.74 |
| Account No. **xxxxxxx43-DG**<br><br>**RMS**<br>**1250 E. Diehl Rd. Suite 300**<br>**P.O. Box 3100**<br>**Naperville, IL 60563** | - | | | **2009**<br>**Secura Insuance Collection** | | X | | 1,185.00 |
| Account No. **xxxxxx094-E**<br><br>**RMS**<br>**4836 Brecksville Rd.**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | - | | | **10-1-2009**<br>**Freight account Payable  YRC, INC.** | | X | | 73.96 |
| Account No. **xxxxxxx44-WH**<br><br>**RMS**<br>**4836 Brecksville Road**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | - | | | **2009 to present**<br>**Waste Management  Collection** | | X | | 451.74 |

Sheet no. __**14**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,652.61

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                                                    ,         Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx xx. xx-xx-xxxxxxxx-9/003** | | - | | **2009** Trade debt | | X | | |
| Secura Insurance Companies P. O. Box 819 Appleton, WI 54912-0819 | | | | | | | | 2,773.00 |
| Account No. **xxxxx1443** | | - | | **2009 to present** Trade debt-Insurance Premiums due | | X | | |
| Slater, Tenaglia, Fritz & Hunt, PA P.O. Box 5476 Mount Laurel, NJ 08054 | | | | | | | | 1,185.00 |
| Account No. **xxxxx1513** | | - | | **2009-2010** Trade debt | | X | | |
| Sprint P.O. Box 7993 Overland Park, KS 66207-0093 | | | | | | | | 1,183.44 |
| Account No. **Warranty Farmview Builders** | | - | | **2008** Warranty Contract Claim | X | | | |
| TSVLLC 2111 Chestnut Unit 175 Attn: Chris Thomas and Eric Schlos Glenview, IL 60025 | | | | | | | | 1,000.00 |
| Account No. **xxxx4400** | | - | | **2009 to present** Trade debt | | X | | |
| United Parcel Freight P.O. Box 1216 Richmond, VA 23218 | | | | | | | | 169.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,310.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Farmview Builders, Inc.**                                              ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx-xx-7361**<br><br>**United Recovery Systems**<br>**5800 North Course Drive**<br>**P.O. Box 722929**<br>**Houston, TX 77272-2910** | - | | | **2007 to present**<br>**Home Depot credit card collection** | | X | | 5,160.26 |
| Account No. **Farmview Builders**<br><br>**Vic' Masonary**<br>**605 Larkdale Row**<br>**Wauconda, IL 60084** | - | | | **2008 to present**<br>**Trade debt** | | X | | 2,825.00 |
| Account No. **x9053**<br><br>**Village of Glenview**<br>**1225 Waukegan Road**<br>**Glenview, IL 60025** | - | | | **2006 to present**<br>**Hydrant and Rench deposit rental** | | X | | 612.00 |
| Account No. **xxxxxxx xx. xxx xxxxview**<br><br>**Waseda Construction, Inc.**<br>**P.O. Box 53**<br>**Glenview, IL 60025** | - | | | **2007 to present**<br>**Trade debt** | | X | | 2,500.00 |
| Account No. **Warranty Farmview Builders**<br><br>**William Maginow**<br>**907 Glenshire**<br>**Glenview, IL 60025** | - | | | **2009**<br>**Warranty Contract Claim** | | X | | 1,000.00 |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 12,097.26 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 885,468.05 |

B6G (Official Form 6G) (12/07)

In re   **Farmview Builders, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Konica/ Minolta Business Solutions**<br>**Attention Customer Service**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32255** | **Lease for Copy Machine with a $1578.00 balance** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re  **Farmview Builders, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alison Pontarelli**<br>**1441 Kaywood**<br>**Glenview, IL 60025** | **Associated Bank**<br>**200 N. Adams St.**<br>**P.O. Box 19097**<br>**Green Bay, WI 54307** |
| **Daniel J. Pontarelli**<br>**1441 Kaywood**<br>**Glenview, IL 60025**<br>    **Daniel died March 2010** | **State National Bank, N.A.**<br>**1301 Waukegan Road**<br>**Glenview, IL 60025** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Farmview Builders, Inc.**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**28**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 18, 2010**_____    Signature    **/s/ Alison Pontarelli**_____
                                        **Alison Pontarelli**
                                        **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Farmview Builders, Inc.**             Case No. _____

                              Debtor(s)         Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$51,462.00** | **1-1-2008 to 12-31-2008 Farmview Builders** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                   SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Norman Mechanical v. Farmview Builders 2010 M2 000030** | **Suit to collect on contract payable** | **Second Municipal District of Cook County, Illinois, 5600 Old Orchard Road Skokie, Il. 60077** | **Judgment in the amount of $22,003.54** |
| **Pro Build v. Farmview Builders 10 AR 335** | **Collection on Contract Payable** | **18th Judicial Circuit DuPage County, Wheaton, Il** | **Judgment in the amount of $13,081.85** |
| **Pappas Construction Company v. Farmview Builders, Inc.; Chestnut Ridge Flexspace, LLC and Farmview Properties, LLC 2010 L 007246** | **Suit to collect on settlement Agreement Agreement  and related parties** | **Cook County,   Chicago, Illinois** | **Pending and Undetermined** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert B. Ramirez P.C.**<br>**1141 Waukegan Road**<br>**Glenview, IL 60025-3045** | **March 15, 2010** | **$2,500.00** |

**10.  Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Farmview Properties, LLC**<br>**2111 Chestnut Ave.**<br>**Glenview, IL 60025**<br>**    Affiliated Entity** | **June 8, 2008** | **Fee simple Interest in an office Condominium located at 2111 Chestnu Unit 210, Glenview, Il. 60025, Subject to a mortgage of secured creditor Associated Bank in the principal amount of $228,000.00** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Burton Partners, L.L.C.**<br>**931 N. Plum Grove Road**<br>**Schaumburg, IL 60173** | **2006, 2007, 2008, 2009 Federal Income tax returns and quarterly filing for witholding, every quarter for the last 5 years, W-2s for all employees and 1099s** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Burton Partners, L.L. C.** | **931 N. Plum Grove Road**<br>**Schaumburg, IL 60173** |

7

| NAME | ADDRESS |
|---|---|
| **Alison Pontarelli** | **1441 Kaywood**<br>**Glenview, IL 60025** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Allison Pontarelli**<br>**1441 Kaywood**<br>**Glenview, IL 60025** | **President** | **100% shareholder** |

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Daniel J. Pontarelli**<br>**1441 Kaywood**<br>**Glenview, IL 60025** | **Officer and 50% Shareholder** | **1-1-2002** |

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 18, 2010**          Signature   **/s/ Alison Pontarelli**

**Alison Pontarelli**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Farmview Builders, Inc.**                                              Case No. _____

Debtor(s)                       Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.  $  **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):    **Alison Pontarelli, individually**

4.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 18, 2010**                          **/s/ Robert B. Ramirez Jr**
                                                        **Robert B. Ramirez Jr 6186208**
                                                        **Robert B. Ramirez P.C.**
                                                        **1141 Waukegan Road**
                                                        **Glenview, IL 60025-3045**
                                                        **847-724-5582   Fax: 847-724-7575**
                                                        **rbrjrpc@sbcglobal.net**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Farmview Builders, Inc.**                                    Case No.
                                        Debtor(s)        Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **94**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 18, 2010**                    **/s/ Alison Pontarelli**
                                        **Alison Pontarelli/President**
                                        Signer/Title

Associated Bank, N.A.
200 N. Adams St.
P.O. Box 19006
Green Bay, WI

Action Caulking & Sealants
625 Executive Drive
Willowbrook, IL 60527

Action Fence
945 Tower Road
Mundelein, IL 60060

Active Disposal Co.
2300 Carlson Drive
Northbrook, IL 60062

Aetna
P.O. Box 2321
1425 Union Meeting Road
Blue Bell, PA 19422

Air Flow Heating and Air Condition
9052 Terminal Ave.
Skokie, IL 60077

Alison Pontarelli
1441 Kaywood
Glenview, IL 60025

Alliance Fire Protection, Inc.
998 Forest Edge Drive
Vernon Hills, IL 60061

Alpha Prime Communications, Inc.
1808 Janke Drive Suite E
Northbrook, IL 60062

Arsen Stanojevic
600 S. Albert Ave.
Mount Prospect, IL 60056

Ashland Millwork
5 Messner Drive
Wheeling, IL 60090

Associated Bank
1301 Waukegan Road
Glenview, IL 60025


Berglund & Mastny, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, IL 60523


Bertog Lanscape, Inc.
625 Wheeling Road
Wheeling


Bess Hardware & Sports, Inc.
1875 Willow Road
Winnetka, IL 60093


Bloodgood Sharp Buster
Architects and Planners, Inc.
1601 West Lakes Parkway Suite 200
West Des Moines, IA 50266


Bradley Engineering
11411 Armory Road
Hebron, IL 60034


Brennan & Clark LTD.
721 E. Madison Suite 200
Villa Park, IL 60181


Burton Partners, LLC
931 N. Plum Grove Road
Schaumburg, IL 60173


C Thomas Company, Inc.
2111 Chestnut Ave. Unit 175
Glenview, IL 60025


Capital Management, Inc.
726 Exchange  Suite 700
Buffalo, NY 14210


Capitol One
P.O. Box 85167
Richmond, VA 23285-5167

Cardinal Cartridge, Inc.
Slot 302118
P.O. Box 66973
Chicago, IL 60666-0973


Caterpillar Carpentry
35W459 Ridge Road
Dundee, IL 60118


Chestnut Ridge Flex Space Condo Ass
2111 Chestnut Ave.
Suite 270 10 Mail Slot Attn: Jeff S
Glenview, IL 60025


Chestnut Ridge Flex Space LLC
2111 Chestnut Ave. Suite 145
Glenview, IL 60025


City of Evanston
2100 Ridge Avenue
Evanston, IL 60201


Commonwealth Mechanical
2111 Chestnut Ave. Suite 150 & 240
Attn: George Quinn, Jr.
Glenview, IL 60025


Core-vette Concrete Coring & Sawing
510 W. Higgins Rd.
Park Ridge, IL 60068


Crawford Supply Co.
8150 N. Lehigh
Morton Grove, IL 60053


Culligan
P.O. Box 5277
Carol Stream, IL 60197-5277


Custom Roofing Contracting, Ltd.
180 Detroit Suite A
Cary, IL 60013

Daniel J. Pontarelli
1441 Kaywood
Glenview, IL 60025


Department of the Treasury
Internal Revenue Service
Cincinnati, OH


DVLVN3- State Farm Insurance
2111 Chestnut Ave. Suite 115 & 120
Attn: Del Vasey
Glenview, IL 60025


Dynamic Recovery Systems
4101 McEwen Road #150
Dallas, TX 75244


Emalfarb, Swan & Bain
440 Central Avenue
Highland Park, IL 60035


Enrique Martinez Painting
808 Oak St.
West Chicago, IL 60185


F.E. Wheaton & Co.,LLC
P.O. Box 459
Yorkville, IL 60560-0459


Farmview Properties, Inc.
2111 Chestnut  Suite 210
Glenview, IL 60025


Fed Ex
P.O. Box 94515
Palatine, IL 60094-4515


Finkel, Martwick & Colson, PC
203 N. LaSalle St. 15th Floor
Chicago, IL 60601-1293


Ford Motor Credit
P.O. Box 1732
Maildrop 7420
Dearborn, MI 48121

Ford Motor Credit Company LLC
P.O. Box 1732
Mail drop 7420
Dearborn, MI 48121


Freedman Anselmo Lindberg LLC
1870 West Diehl Road Suite 333
Naperville, IL 60566


G.T. Masonry
365 Colonial Drive
Vernon Hills, IL 60061


Gayton Construction
4137 S. Clinton Ave.
Stickney, IL 60402


Gewalt Hamilton
850 Forestview Drive
Vernon Hills, IL 60061


Henrichsen Fire Equipment Company
P.O. Box 725
Wheeling, IL 60090


Hilltop Cabinet Distribution
1855 Wallace Ave.
Saint Charles, IL 60174


Home Depot - Citibank South Dakota
P.O. Box 653002
Dallas, TX 75265-3002


IDES (Illinois Dept. employ. sec)
North Region
260 East Indian Trail Road
Aurora, IL 60505


Illinois Department of Revenue
Collection Bureau
P.O. Box 19035
Springfield, IL 62794

Illinois Department of Revenue
P.O. Box 19035
Collection Division
Springfield, IL


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794


Jeffrey Close
930 Glen Ayre
Glenview, IL 60025


Jeffrey J. Heaney
1966 Dewes St.
Glenview, IL 60025


Konica Minolta
Attn: Customer Service
P.O. Box 550599
Jacksonville, FL 32255-0599


Konica/ Minolta Business Solutions
Attention Customer Service
P.O. Box 550599
Jacksonville, FL 32255


MacDowell & Associates
3636 Birch St. Suite 290
Newport Beach, CA 92660


Mages and Price
707 Lake Cook Road
Deerfield, IL 60015


Mark A. Van Donselaar
Churchill, Quinn, Richtman & Hamil
P.O. Box 284
Grayslake, IL 60030


MBP Remodeling, Inc
14 Walden Trail
Streamwood, IL 60107

McDaniel Place LLC
1326 Evergreen Court
Glenview, IL 60025


Michael Spalding
1025 Forestview
Glenview, IL 60025


Modern Hardwood Flooring
114 Fernwood Drive
Glenview, IL 60025


MRS Associates, Inc.
1930 Olney Ave.
Cherry Hill, NJ 08003


New Glenview Currency Exchange
1633 Waukegan Road
Glenview, IL 60025


Newman Irrigation and Plumbing
2111 Chestnut Suite 180
Attn: Greg Newman
Glenview, IL 60025


Norman Mechanical, Inc.
3850 Industrial Ave.
Rolling Meadows, IL 60008


North Shore Electric, Inc.
2121 Ashland Ave.
Evanston, IL 60201-3014


Northern Flooring, Inc.
261-267 E. Helen Road
Palatine, IL 60067


Northwest Millwork Co.
455 E. Jarvis Avenue
Des Plaines, IL 60016


Pappas Company, Inc.
8605 N. Lincoln Ave.
Morton Grove, IL 60053

Pitney Bowes Purchase Power
6716 Grade Lane Build 9 Suite 910
Louisville, KY 40213


Premium Paving Inc.
P.O. Box 8549
Waukegan, IL 60079


Pro tect Associates
1742 Harding Road
P.O. Box 8382
Northfield, IL 60093


Probuild North, LLC
204 W. Wheaton Ave.
Yorkville, IL 60560


Raynor Door
1653 Winnetka Road
Northfield, IL 60093


RMS
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


RMS
1250 E. Diehl Rd. Suite 300
P.O. Box 3100
Naperville, IL 60563


RMS
4836 Brecksville Rd.
P.O. Box 523
Richfield, OH 44286


RMS
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286


Secura Insurance Companies
P. O. Box 819
Appleton, WI 54912-0819

Slater, Tenaglia, Fritz & Hunt, PA
P.O. Box 5476
Mount Laurel, NJ 08054


Sprint
P.O. Box 7993
Overland Park, KS 66207-0093


State National Bank, N.A.
1301 Waukegan Road
Glenview, IL 60025


TSVLLC
2111 Chestnut Unit 175
Attn: Chris Thomas and Eric Schlos
Glenview, IL 60025


United Parcel Freight
P.O. Box 1216
Richmond, VA 23218


United Recovery Systems
5800 North Course Drive
P.O. Box 722929
Houston, TX 77272-2910


Vic' Masonary
605 Larkdale Row
Wauconda, IL 60084


Village of Glenview
1225 Waukegan Road
Glenview, IL 60025


Waseda Construction, Inc.
P.O. Box 53
Glenview, IL 60025


William Maginow
907 Glenshire
Glenview, IL 60025

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Farmview Builders, Inc.** _____    Case No. _____
                                                        Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Farmview Builders, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alison Pontarelli
1441 Kaywood
Glenview, IL 60025**

☐ None [*Check if applicable*]

**October 18, 2010** _____          **/s/ Robert B. Ramirez Jr** _____
Date                                              **Robert B. Ramirez Jr 6186208**
                                                  Signature of Attorney or Litigant
                                                  Counsel for    **Farmview Builders, Inc.** _____
                                                  **Robert B. Ramirez P.C.**
                                                  **1141 Waukegan Road**
                                                  **Glenview, IL 60025-3045**
                                                  **847-724-5582 Fax:847-724-7575**
                                                  **rbrjrpc@sbcglobal.net**